**Marisol Torres ORTEGA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–71019.

United States Court of Appeals, Ninth Circuit.

---

Submitted Oct. 9, 2012.*

Filed Oct. 15, 2012.

John E. Ricci, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Siu P. Wong, Esquire, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

## MEMORANDUM **

Marisol Torres Ortega, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination, *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 850–51 (9th Cir.2004), and we deny the petition for review.

Substantial evidence supports the agency's determination that Ortega did not meet the continuous physical presence requirement where her sworn affidavit and cancellation of removal applications indicated that she departed the United States for Mexico in August 1994 and that she remained there for a period greater than 90 days. *See* 8 U.S.C. § 1229b(d)(2) (de-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

parture in excess of 90 days breaks continuous physical presence).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.